# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

MARSHALL LAVELL WILLIAMS

: No. 2092 Disciplinary Docket No. 3
:
: Board File No. C1-14-56
:
: (United States District Court for the District
: of New Jersey, Misc. No. 11-147)
:
: Attorney Registration No. 38070
: (Philadelphia)

## O R D E R

**PER CURIAM:**

AND NOW, this 12th day of February, 2015, Marshall Lavell Williams having been suspended from the practice of law for a period of two years by the Disciplinary Order of the United States District Court for the District of New Jersey dated May 10, 2013, and Order of that Court dated March 14, 2014; the said Marshall Lavell Williams having been directed on September 23, 2014, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no timely response having been filed, it is

ORDERED that Marshall Lavell Williams is suspended from the practice of law in this Commonwealth consistent with the Orders of the United States District Court for the District of New Jersey dated May 10, 2013 and March 14, 2014.

The Application for Leave to File Response *Nunc Pro Tunc*, including the Application to Appoint Counsel and Application for a Stay of Proceedings, is DENIED.